IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUAVIOUS LEWIS GILMORE, #241 410, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 2:14-cv-779-WHA ) |
| GOVERNOR ROBERT BENTLEY, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #12), entered on November 13, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Plaintiff's Motion to Change Venue (Doc. #8) is GRANTED.

2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

3. The clerk is DIRECTED to take the appropriate steps to effect the transfer.

DONE this 10th day of December, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE